

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2017

No. 04-16-00576-CR, 04-16-00577-CR & 04-16-00578-CR

Kathleen Darleen **DANIEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5924, 5925 & 5926
Honorable N. Keith Williams, Judge Presiding

## O R D E R

The State's brief was originally due on June 2, 2017. The Kendall County Criminal District Attorney has been granted two previous extensions of time in which to file the brief, the latest until August 2, 2017. On July 25, 2017, the District Attorney filed a third request for an extension.

The motion is GRANTED, and the Kendall County Criminal District Attorney is hereby ORDERED to file appellee's brief no later than September 1, 2017. **NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENTUATING CIRCUMSTANCES.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk